UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-3467 MWF (PDx)**                                               Date:  July 26, 2021

Title   **Alma Polanco v. Experian Information Solutions, Inc., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on April 23, 2021.  (Docket No. 1).  Defendants Cash Central of California LLC and Equifax Information Services, LLC were dismissed from this action on June 17, 2021 and July 20, 2021.  (Docket Nos. 17 and 20).

On June 21, 2021, the Court granted a request pursuant to a stipulation between Plaintiff and Defendant Experian Information Solutions, Inc. to extend the time for Defendant Experian to respond to the Complaint, to July 1, 2021.  To date, Defendant Experian has not filed a response, and the parties have not stipulated to an additional extension.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **AUGUST 6, 2021**.

- ■ BY DEFENDANT Experian Information Solutions, Inc.:  RESPONSE TO THE COMPLAINT or a stipulated request to extend the time within which Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-3467 MWF (PDx)**                                     Date: July 26, 2021

Title      **Alma Polanco v. Experian Information Solutions, Inc., et al.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **August 6, 2021** will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm