UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    2:21-cv-03467-MWF-PD                                    Dated: July 30, 2021

Title:    Alma Polanco v. Experian Information Solutions, Inc. et al

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

In light of the Notice of Settlement filed July 29, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for September 27, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                                          Initials of Deputy Clerk    rs
CIVIL - GEN